UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Olvin Romero-Aguilar

    v.                                    Case No. 23-cv-94-SE

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 29, 2023. For the reasons explained therein, the petition is dismissed as moot, and the respondent's motion for summary judgment (doc. no. 6) is denied as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close the case.

                                                  /s/ SD Elliott
                                                  _____
                                                  Samantha D. Elliott
                                                  United States District Judge

Date: September 22, 2023

cc:   Olvin Romero-Aguilar, pro se
       Counsel of record